**DOUGLAS A. LINDE, ESQ. (SBN 217584)**
**ERICA L. ALLEN, ESQ. (SBN 234922)**
**THE LINDE LAW FIRM**
9000 Sunset Boulevard, Ste. 1025
Los Angeles, California 90069
Telephone (310) 203-9333
Fax (310) 203-9233

Attorneys for Plaintiffs,
LA PRINTEX INDUSTRIES, INC.

CLERK, U.S. DISTRICT COURT
APR 8 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES, INC., a Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAKS INCORPORATED, et al.<br><br>Defendants. | Case No. CV06-05198 GPS (JTLx)<br>Honorable George P. Schiavelli<br>Complaint filed: August 18, 2006<br><br>**PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT** |

**TO THE HONORABLE COURT:**

///

///

///

**ORIGINAL**

## PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT

Plaintiff LA Printex Industries, Inc., having commenced this action for an injunction and other relief against Defendant DUTCH, LLC, pursuant to the Copyright Act, 17, U.S.C, section 101, et.seq., and Defendant DUTCH, LLC having stipulated to entry of Permanent Injunction and Final Judgment:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That LA PRINTEX INDUSTRIES, INC., shall recover of the Defendant DUTCH, LLC, damages in the sum of $95,000, inclusive of fees and costs in this matter, with post-judgment interest thereon at the rate of 10 percent per annum.
2. That DUTCH, LLC, is hereby permanently enjoined and restrained from manufacturing and/or selling any fabric and/or garments, bearing LA PRINTEX INDUSTRIES, INC.'s design number E-50107, as registered with the United States Copyright Office, Registration Number VAu613-596, a copy of which is attached hereto as Exhibit 1 and bearing the pattern featured on the garment attached hereto as Exhibit 2.

IT IS SO ORDERED.

DATE: 4/8/08

*[signature]*
Hon. George P. Schiavelli
United States District Court Judge

# **EXHIBIT 1**



# EXHIBIT 2

